UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

JUAN URENA,

            Defendant.

No. 13-CR-199 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Mr. Urena shall surrender himself no later than noon on December 15, 2020 to the Bureau of Prisons at the Metropolitan Correctional Center, 150 Park Row, New York, New York, 10007.

**SO ORDERED.**

Dated:  December 9, 2020
       New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.